# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149187-94

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

KARTER LANDON,
      Petitioner-Appellant,

v

CITY OF FLINT,
      Respondent-Appellee.

_____/

SC: 149187-94
COA: 311073, 311074, 311075,
      311076, 311078, 311079,
      311080, 311081
Tax Tribunal: 00-378055,
      00-378056, 00-378057,
      00-378058, 00-378059,
      00-378060, 00-378061,
      00-378064

On order of the Court, the application for leave to appeal the February 6, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



t0721

Clerk